# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br>A.R.W., by and through his father<br>KURT BENSHOOF,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>DAVID KEENAN, et al.,<br><br>　　　　　　Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:23-cv-00751-RAJ |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Judgment is entered in favor of Respondents David Keenan, Adrian Diaz, and Jessica Owen, against Petitioners Kurt Benshoof, A.R.W., by and through his father Kurt Benshoof.

　　DATED this 13th day of June, 2023.

　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　By:   */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk